

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In the Matter of the State of Jose Casares, Deceased, | § | No. 08-17-00057-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2010-P00681) |

## **O R D E R**

Appellant has filed a letter with the Court asserting that the Clerk's record does not contain a complete copy of two documents: (1) Appellees' Application for Appointment of Dependent Administration; and (2) Appellant's authenticated Claim by George L. Mortensen. We have reviewed the Clerk's record and find that the documents included in the clerk's record appear to be incomplete. Additionally, Appellant requests that the clerk's record be supplemented with a copy of his amended notice of appeal. It is unnecessary for the record to be supplemented with Appellant's amended notice of appeal because it has been filed directly with the Court. *See* TEX.R.APP.P. 25.1(g).

On our own motion, we order the El Paso County Clerk to prepare and file a supplemental clerk's record containing a complete copy of the following documents, including any attachments or exhibits: (1) the Application for Letters of Dependent Administration filed on June 21, 2010; and (2) the Authenticated Claim of George L. Mortensen filed on May 26, 2016. The supplemental clerk's record is due to be filed no later than August 2, 2017.

IT IS SO ORDERED this 18th day of July, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.